# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JEROME MILLER,<br><br>  Petitioner,<br><br>  v.<br><br>DANIEL PARAMO,<br><br>  Respondent. | Case No. CV 16-2128-DMG (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 22, 2017

                                    /s/ Dolly M. Gee
                                    DOLLY M. GEE
                                    UNITED STATES DISTRICT JUDGE